WILLIAM H. PLACE, RESPONDENT, *v.* GEORGE GREENMAN, APPELLANT.

*Commissions for negotiating sale — when action for cannot be maintained, where plaintiff is employed by both parties to sale.*

APPEAL from a judgment in favor of the plaintiff, entered on the verdict of a jury, and from an order denying a motion for a new trial, made upon the minutes of the court before which the trial was had.

This action was brought to recover commissions claimed by the plaintiff to be due to him for negotiating the sale of a steamboat belonging to the defendant. The General Term *held,* that the evidence showed that, at the time of the sale, the plaintiff was employed by the purchaser to examine the boat and report as to its condition and fitness for the purposes for which it was to be used; that the plaintiff's position under the circumstances of the case was inconsistent with his acting in good faith, and was against good morals and the policy of the law, and he therefore could not recover. (Story on Agency [4th ed.], §§ 30, 210, 212; *Watkins* v. *Cousall,* 1 E. D. Smith, 65; *Pugsley* v. *Murray,* 4 id., 245; *Dranghan* v. *Jinller,* 23 La., 237; *Moenson* v. *Thompson,* 9 L. T. [Q. B.], 480.)

*Wm. Allen Butler,* for the appellant.

*Ira D. Warren,* for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., concurred. BRADY, J., concurred in result.

. Judgment and order reversed, and a new trial ordered, costs to abide the event.